of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

45 West 55th Street Corporation, Appellant, v. LePapillon Corset Co., Inc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Anna Bohmert, Respondent, v. William R. Bohmert, Appellant. (Action No. 1.) — Order modified by reducing the amount of counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Anna Bohmert, Respondent, v. William R. Bohmert, Appellant. (Action No. 2.) — Order modified by reducing the amount of alimony to the sum of $50 a week and counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Lena Alexander, Respondent, v. Hugo Frey, Appellant.— Order modified by striking out the paragraph thereof numbered " 2," and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Spencer Waters, Appellant, v. Margaret A. Hall, Formerly Margaret A. Huntington, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Alfred E. Carlier and Others, Respondents, v. Lintex Manufacturing Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Vera Caveny, Respondent, v. The Durland Company, Appellant.— Order modified by denying the motion in all respects except as to item No. 1 in the notice of examination. The time for the examination to roceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Armand M. Goldreich, Appellant, Respondent, v. Marie J. Goldreich, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Paulina Smith, Appellant, v. Squire Company, Inc., as Attorney in Fact for the Liberty Underwriters of New York, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within thirty days from service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Sidney E. Samuelson, Respondent, v. Will H. Hays and Another, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from modified as indicated in order, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Sidney E. Samuelson, Appellant, v. Will H. Hays and Others, Respondents,